## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**DERRICK J. GREEN**                         **CIVIL ACTION**

**VERSUS**                                   **NO. 2:18-CV-08744-GGG-DMD**

**UNITED PARCEL SERVICE, INC.**              **SECTION: T (3)**

---

## MOTION FOR EXPEDITED CONSIDERATION   OF MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY DEPOSITION

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Geri Robinson Davis, who requests expedited hearing on Plaintiffs *Motion for Extension of Time to Complete Discovery Deposition*  as follows:

1.

On March 8, 2020,, Plaintiff filed Motion for Extension of Time to Complete Discovery [R.61].

2.

Plaintiff requests expedited consideration in [R.61] as other deadlines may be affected by the continuation of the discovery deadline for 15 days.

3.

Plaintiff requests expedited consideration of her *Motion for Extension of Time to Complete Discovery [R.67]* as she will need to take the deposition prior to mediation date of March 30, 2020 and the hearing dates available in this matter were March 25, 2020 at the earliest.

4.

Plaintiff should be allowed the extension to take the deposition for trial purposes of Dr. Reddy which is set March 12, 2020.

5.

Plaintiff should be allowed the opportunity to have the 30(b)(6) deposition of the Defendant to controvert the facts as alleged by the Defendant in the Motion for Summary Judgment.

6.

For these reasons the *Motion for Expedited Consideration  of Motion for Extension of Time to Complete Discovery Deposition* should be GRANTED.

Respectfully submitted:
*s/Charlotte C. McDaniel McGehee*
Charlotte McDaniel McGehee T.A.(26411)
Charlotte C. McDaniel McGehee APLC
16851 Jefferson Highway Ste 6-B
Baton Rouge, LA 70817
(225)389-6711 Fax: (225)372-2607
Charlotte@mcdanielmcgehee.com

### CERTIFICATE OF SERVICE

I hereby certify that on the March 8, 2020 a copy of the Foregoing Pleading was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to Defendant by operation of the court's electronic filing system and via U.S. Mail to no one.

*s/ Charlotte C. McDaniel McGehee*
Charlotte McDaniel McGehee (26411)